IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07MC00049-LEW-KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF CONTINUING |
| | ) | GARNISHMENT (WAGES) |
| OVAKIM MKHITARIAN, | ) | |
| | ) | |
| Defendant and | ) | |
| Judgment Debtor. | ) | |
| _____ | ) | |
| INTER MEDPRO CORPORATION, | ) | |
| | ) | |
| Garnishee. | ) | |
| _____ | ) | |

Pursuant to the Request for Entry of Order of Continuing Garnishment (Wages),

IT IS ORDERED that the garnishee Inter Medpro Corporation, shall forward to the U.S. District Court Clerk twenty-five percent (25%) of the disposable earnings (gross wages less required deductions for federal income tax, federal social security, Medicare tax, state income tax, state disability insurance and payments to a public employee retirement system) per pay period

1

owing by the garnishee to the judgment debtor, beginning on the date the garnishee <u>received</u> the Writ of Continuing Garnishment (Wages), and continuing said payments for all subsequent pay periods until the judgment in favor of the United States is paid in full.  The garnishee shall, however, pay to the judgment debtor minimum net wages of $477.91 per  pay period.

IT IS SO ORDERED.


DATED: October 1, 2007.


_____
U.S. MAGISTRATE JUDGE