1  BENJAMIN B. WAGNER
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814-2322
4  Telephone: (916) 554-2726

5  Attorneys for United States of America

6

7           IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,           )   Criminal No. 2:07-MC-00049-JAM-KJM
                                       )
11      Plaintiff,                     )
                                       )   NOTICE TO TERMINATE CONTINUING
12      v.                             )   GARNISHMENT (WAGES); ORDER
                                       )   THEREON
13 OVAKIM MKHITARIAN                   )
                                       )
14      Defendant and Judgment Debtor. )
                                       )
15 _____ )
                                       )
16 INTER MEDPRO CORPORATION            )
                                       )
17      Garnishee.                     )
                                       )
18 _____ )

19 TO THE CLERK FO THE COURT:

20         It has come to the attention of the United States Attorney's Office that the

21 Defendant/Judgment Debtor is no longer employed at Inter MedPro Corporation.  Accordingly, it is

22 hereby requested that the Court terminate Defendant/Judgment Debtor's wage garnishment issued

23 herein on October 2, 2007.  Doc. #8.

24 DATED: _____           BENJAMIN B. WAGNER
                                     United States Attorney
25

26
                              By:    _____
27                                   BOBBIE J. MONTOYA
                                     Assistant United States Attorney
28

Notice to Terminate Continuing Garnishment (Wages);
Order Thereon [proposed]

**ORDER**

The Order of Continuing Garnishment (Wages), issued herein on October 2, 2007, Doc. #8, is hereby terminated pursuant to the United States' request.

IT IS SO ORDERED.

DATED: 10/26/2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge