```
1  BENJAMIN B. WAGNER
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814-2322
4  Telephone: (916) 554-2726

5  Attorneys for United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal No. 2:07-MC-00049-JAM-KJM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE TO TERMINATE CONTINUING GARNISHMENT (WAGES); ORDER THEREON |
| OVAKIM MKHITARIAN | ) | |
| Defendant and Judgment Debtor. | ) | |
| INTER MEDPRO CORPORATION | ) | |
| Garnishee. | ) | |

TO THE CLERK FO THE COURT:

It has come to the attention of the United States Attorney's Office that the Defendant/Judgment Debtor is no longer employed at Inter MedPro Corporation.  Accordingly, it is hereby requested that the Court terminate Defendant/Judgment Debtor's wage garnishment issued herein on October 2, 2007.  Doc. #8.

DATED: _____            BENJAMIN B. WAGNER
                                   United States Attorney


                              By:  _____
                                   BOBBIE J. MONTOYA
                                   Assistant United States Attorney

Notice to Terminate Continuing Garnishment (Wages);
Order Thereon [proposed]

# ORDER

The Order of Continuing Garnishment (Wages), issued herein on October 2, 2007, Doc. #8, is hereby terminated pursuant to the United States' request.

IT IS SO ORDERED.

DATED: 10/26/2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge